UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUTAZ ALSHARA,

Plaintiff,

v.

Case No. 26-cv-12421
HON. MARK A. GOLDSMITH

CHIPOTLE MEXICAN GRILL, INC.,

Defendant.
_________________________________/

**OPINION & ORDER OVERRULING OBJECTION (Dkt. 18)**

Before the Court is pro se Plaintiff Mutaz Alshara's objection (Dkt. 18) to the Magistrate Judge's order granting Defendant Chipotle Mexican Grill Inc.'s second motion for an extension of time to file an answer. 10/14/26 Text-Only Order; Second Mot. (Dkt. 16).[1]

Alshara filed his complaint on July 15, 2026 and Chipotle was served on August 25, 2026 (Dkt. 1). Alshara filed an amended complaint on August 2, 2026 (Dkt. 6). Chipotle filed its first motion for extension of time to file an answer and the Magistrate Judge granted the extension. First Mot. (Dkt. 14); 9/15/26 Text-Only Order.

Chipotle filed a second motion for extension of time to file an answer requesting fourteen additional days to respond to Alshara's complaint. Second Mot. at PageID.102. Chipotle asserted that Alshara has still not served them with his amended complaint and that they had just discovered the Court's order enjoining Alshara and that they wanted additional time to consider the order's impact on this case. Second Mot. at PageID.101–102. The Magistrate Judge found good cause for this extension and granted the request. 10/14/26 Text-Only Order.

[1] The briefing also includes Alshara's response to Chipotle's motion (Dkt. 17).

Alshara argues that there is no good cause for extension based on the fact that he has not served Chipotle with the amended complaint and that an enjoinment order in another case does not supply good cause for a second extension in this case. Obj. at PageID.114. He also argues that the second extension compounds delay in his case. Id. at PageID.115.

"Under 28 U.S.C. § 636(b)(1)(A), a district court may reconsider a magistrate judge's decision on a non-dispositive, non-excepted, pending pretrial matter only if it is clearly erroneous or contrary to law." Bisig v. Time Warner Cable, Inc., 940 F.3d 205, 219 (6th Cir. 2019) (punctuation modified). Because the decision to grant an extension of time to file an answer is within the Magistrate Judge's discretion, the Court reviews the Magistrate Judge's decision to grant Chipotle more time to respond to Alshara's complaint for an abuse of discretion. See Morgan v. Gandalf, Ltd., 165 F. App'x 425, 428 (6th Cir. 2006).

The Magistrate Judge did not abuse her discretion in granting Chipotle's second request for an extension to answer Alshara's complaint. A fourteen-day extension does not prejudice Alshara nor does it have an impact on the proceedings.

Alshara's objection is overruled.

**SO ORDERED.**

Dated: October 23, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager